# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                                     Fax: 718-740-2000
*Employment and Labor Lawyer*                                   Web: www.abdulhassan.com

**May 20, 2026**

**Via ECF**

<span style="color:blue">Application GRANTED.  The Court extends its condolences to counsel.  The Clerk of Court is directed to terminate ECF No. 18.</span>

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<span style="color:blue">SO ORDERED.</span>

<span style="color:blue">May 21, 2026</span>

**Re: Drummond v. Institute For Community Living Inc.**
**Case #: 26-CV-01676 (JMF)(SLC)**
**Motion for Extension of Time**

Dear Judge Furman:

My firm represents plaintiff Shantasia Drummond ("Plaintiff"), in the above-referenced action, and I respectfully write to request an extension of the time for Plaintiff to Amend/Respond to Defendant's motion as per Your Honor's April 30, 2026 order from May 20, 2026 to two weeks after the June 25, 2026 settlement conference scheduled before the Hon. Magistrate-Judge Sarah L. Cave. Following the parties' discussions with Magistrate-Judge Cave on May 8, 2026, I provided defense counsel with a settlement demand and additional information about the claims, and resolution of the claims at the settlement conference will obviate the need for further expenditure of time and resources on the litigation front. I was unable to make this request earlier due to the serious illness and subsequent passing of an elderly family member last week that required my time and attention then and beyond. I have reached out to defense counsels and they do not object to this request.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

1

cc:    **Defense Counsel via ECF**