UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTASIA DRUMMOND, Plaintiff, -v- INSTITUTE FOR COMMUNITY LIVING INC., Defendant. | 26-CV-1676 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* Docket No. 21, Defendant's earlier motion to dismiss filed at Docket No. 12 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **August 13, 2026**. Defendant's reply, if any, is due by **August 20, 2026**.

The Clerk of Court is directed to terminate Docket No. 12.

SO ORDERED.

Dated: July 31, 2026
New York, New York

JESSE M. FURMAN
United States District Judge